IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SSC PARKING, LLC,<br>*Plaintiff* | CIVIL ACTION<br><br>NO. 17-5798 |
| v. | |
| RAPPID, LLC, *et al.*<br>*Defendants* | |

# ORDER

AND NOW, this 7th day of February 2018, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendant are **DISMISSED** with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case **CLOSED**. It is further **ORDERED** that all outstanding motions are **DENIED** as **MOOT**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*